# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 12, 2026

Lyle W. Cayce
Clerk

No. 25-51030
Summary Calendar

---

Monte Albert,

*Plaintiff—Appellant*,

*versus*

United States Department of the Army; Judge Advocate General's Corps (JAG); United States Army; Inspector General (IG), United States Army; Unnamed Army officers, *recruiters, and officials, in official and individual capacities*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1497

---

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-Appellant Monte Albert, *pro se*, appeals the district court's dismissal of his case with prejudice after the district court adopted the magistrate judge's report and recommendation, and its subsequent denials of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-51030

his motions to vacate and/or reconsider. Albert alleges that the district court prematurely dismissed his *pro se* complaint, failed to consider his claims with liberal construction, overlooked his objections to the magistrate's report and recommendation, and improperly barred him from future filings other than direct appeal.

While Albert offers sweeping theories of various alleged errors below—with particular attention to whether the district court prematurely terminated a *pro se* suit deserving liberal construction—we disagree. Our review of the record demonstrates that the report and recommendation adequately engaged with the merits of Albert's complaint. Moreover, beyond generic rule clusters, Albert cites no compelling case law or persuasive precedent that remotely advances his novel theory of injury under the *Feres* doctrine. And while the district court's consideration of Albert's objections could have been more detailed, we find no reversible error warranting the relief that Albert seeks on review.

The judgment is AFFIRMED.